```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEAN WILLIAMS,                                              :
                                                            :   21-CV-8235 (PAE) (RWL)
                              Plaintiff,                    :
                                                            :
              - against -                                   :   ORDER
                                                            :
OFFICE OF CHILD SUPPORT; NYU                                :
LANGONE MEDICAL CENTER,                                     :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 8, 2021, the Court directed Plaintiff to either pay $402.00 in fees or submit a signed *in forma pauperis* (IFP) application and warned that failure to do so would result in dismissal of the action without prejudice. No filing fee or IFP application submitted in compliance with that order appears on the docket. Accordingly, the Court will sua sponte provide Plaintiff with a final opportunity to file the requisite fee or application. Plaintiff must file the fee or the IFP application by **November 23, 2021**. Failure to do so will result in dismissal of the case for failure to prosecute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 9, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

1

Sean Williams
141 West 127 Street
Apt. 6A
New York, NY 10027