```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEAN WILLIAMS,                                              :
                                                            :      21-CV-2835 (PAE) (RWL)
                                        Plaintiff,          :
                                                            :
            - against -                                     :      ORDER OF SERVICE
                                                            :
OFFICE OF CHILD SUPPORT and                                 :
NYU LANGONE MEDICAL CENTER                                  :
                                                            :
                                        Defendants.         :
------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: __5/31/2022__

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

To allow Plaintiff, proceeding pro se, to effect service on Defendants Office of Child Support and NYU Langone Medical Center through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process receipt and Return Form (USM-285 form) for each of those Defendants at the addresses listed in the Complaint:

NYU Langone Hospitals
550 First Avenue
New York, NY 10016

Office of Child Support
280 State Drive
Waterbury, VT 05671-1060

The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon those Defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court

in writing if his address changes, and the Court may dismiss the action if he fails to do so.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 31, 2022
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.