```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEAN WILLIAMS,

                     Plaintiff,

    - against -

OFFICE OF CHILD SUPPORT and
NYU LANGONE MEDICAL CENTER

                    Defendants.
------------------------------------------------------------X

21-CV-8235 (PAE) (RWL)

**ORDER OF SERVICE**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    By Order dated November 30, 2022 (Dkt. 21), Plaintiff's response to Defendants' motion for sanctions was due on December 23, 2022. No response has been filed. The deadline for Plaintiff to file responsive papers to the motion for sanctions is sua sponte extended to **January 2, 2023**. If no response from Plaintiff is received by January 2, 2023, the motion may be granted for that reason alone, and the Court will decide the motion on the existing record.

                                         SO ORDERED.

                                         _____
                                         ROBERT W. LEHRBURGER
                                         UNITED STATES MAGISTRATE JUDGE

Dated: December 29, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.